UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Esther Salas |
| v. | : | Crim. No. 25- 420 |
| JHONNATAN RODRIGUEZ | : | |

## WAIVER OF INDICTMENT

I, Jhonnatan Rodriguez, the above-named defendant, who is charged in Count One with accepting bribes as a bank employee, in violation of Title 18, United States Code, Section 215(a)(2); and in Count Two with making false bank entries or reports, in violation of Title 18, United States Code, Section 1005, being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on _May 28th 2025_ / _June 25, 2025_, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant Jhonnatan Rodriguez

_____
Serguei Akiti, Esq.
Murdoch Walker, II, Esq.
Counsel for Defendant

Before: _____
HON.
United States District Judge