# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Hon. Esther Salas |
| | : | |
| v. | : | |
| | : | Crim. No. 25-420 |
| **JHONNATAN RODRIGUEZ** | : | |
| | : | |
| | : | **SENTENCING SUBMISSION** |
| | : | **NOTICE OF THE UNITED** |
| | : | **STATES** |

Please be advised that, on November 19, 2025, the United States submitted sentencing materials to the Court in this case concerning the defendant Jhonnatan Rodriguez.

Date: November 19, 2025

                                                                                                 TODD BLANCHE
                                                                                                  UNITED STATES DEPUTY ATTORNEY GENERAL

                                                                                                  ALINA HABBA
                                                                                                  ACTING UNITED STATES ATTORNEY
                                                                                                  SPECIAL ATTORNEY

                                                                                                  */s/ Mark J. Pesce*

By:    MARK J. PESCE
          Assistant U.S. Attorney